**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 15, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00571-CV

## IN RE CRAIG ALBIN ANDERSON AND GAYLE JUNE ANDERSON, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 343,142-401**

## MEMORANDUM OPINION

On July 14, 2014, relators Craig Albin Anderson and Gayle June Anderson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Rory Olsen, presiding judge of Probate Court No. 3 of Harris County, to vacate his June 19, 2014 order denying relators' motion to disqualify real party in interest's attorneys from the case.

Relators have not provided a sufficient mandamus record demonstrating that they are entitled to a writ of mandamus. Specifically, relators have not included the reporter's record of the evidentiary hearing conducted by the trial court. *See* Tex. R. App. P. 52.7(a)(2) (requiring relator to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence").

Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.